# Court of Appeals
# of the State of Georgia

ATLANTA,___April 28, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16A1148. RODNEY JEROME DAVIS v. THE STATE.**

In 2003, Rodney Jerome Davis pled guilty to two counts of burglary and was sentenced to 20 years, with 10 years to be served on probation after he served 10 years in prison. In 2014, after Davis was released on probation, he was arrested for shoplifting and giving a false name, and the court revoked 6 years of his probation. Davis then filed a pro se "Motion to Reduce and/or Modify Sentence," arguing that he likely would be charged with misdemeanors and his arrest for misdemeanor offenses did not warrant a 6 year revocation. The trial court denied Davis's motion, and Davis filed this direct appeal. We, however, lack jurisdiction.

Because the underlying subject matter of this appeal is the revocation of Davis's probation, he was required to file an application for discretionary appeal in order to appeal. See OCGA § 5-6-35 (a) (5); *White v. State*, 233 Ga. App. 873 (505 SE2d 228) (1998). We lack jurisdiction over this direct appeal, which is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____04/28/2016_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*